FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

In the United States District Court
For the Western District of Michigan

04 MAY 10 PM 3: 07

Joseph Marion Head Junior, #17549-056

Federal Medical Center Devens

Manss, N-1

1:04 CV0313

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

Richard Alan Enslen
U.S. District Judge

v.

Each Governmental Employee libale relating

Hereto

Ellen S. Carmody
U.S. Magistrate Judge

And David L. Winn - Warden

(Enter above the full name of the defendant or defendants in this action.)

Instructions for Filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes three copies of a complaint form. To start an action, you must file an original complaint and one copy for the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. If the court determines that the complaint should be served on one or more defendants, the court will specifically order you to provide further copies for this purpose. Until ordered to do so, do not submit to the court copies of the complaint or exhibits for purposes of service on defendants. **The clerk of the court will not file your complaint unless it conforms to these instructions and to these forms.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed *in forma pauperis* by completing and signing the attached affidavit in support of application. You must also have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **If the court grants you leave to proceed *in forma pauperis*, you will still be required to pay the $150.00 filing fee through an initial partial filing fee and through monthly installments.**

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, **the correct name and address of each person you have named as defendant. A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.**

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at any of the addresses below:

| U.S. District Court | U.S. District Court | U.S. District Court | U.S. District Court |
|---|---|---|---|
| 399 Federal Building | 229 Federal Building | B-35 Federal Building | 113 Federal Building |
| 110 Michigan St., NW | P.O. Box 698 | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

(Last Revised: May 2003)

COMPLAINT

I. **Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $150 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $150 filing fee regardless whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer question 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   U.S.D.Ct.W.D.(NC) Asheville Division

2. Is the action still pending?   Yes ☐ No ☒
   a. If your answer was no, state precisely how the action was resolved: Dismissed, etc., over 1500 law suits, dismissed.

3. Did you appeal the decision?   Yes ☒ No ☐

4. Is the appeal still pending?   Yes ☐ No ☒
   a. If not pending, what was the decision on appeal? See records of the fourth circuit court of appeals, in VA.

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐ No ☒
   If so, explain: See all prior complaints ect., relating thereto

II. Place of Present Confinement   Federal Medical Center Devens, Ayer, Mass

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: See records of F.M.C. Devens

III. **Exhaustion of Administrative Remedies**

CAUTION: You are required by federal law to exhaust your available remedies on any action brought with respect to jail, prison, or other correctional facility conditions prior to bringing an action under 42 U.S.C. § 1983 or any other federal law. Once again, failure to provide complete and accurate answers to the questions set forth below will likely result in denial of the privilege of proceeding *in forma pauperis*. ATTACH COPIES OF ALL DOCUMENTS EVIDENCING EXHAUSTION OF REMEDIES.

A. Is your place of confinement a facility operated by the Michigan Department of Corrections?   Yes ☐ No ☒

B. If your answer to A was yes, did you file a grievance concerning the facts set forth in this complaint?   Yes ☐ No ☐
   1. If your answer is no, explain why a grievance was not filed: See Records of Federal Medical Devens in Ayer, Mass.

COMPLAINT

2. If your answer is yes, list the grievance number(s) and the date listed as "Today's Date" box on the Prisoner/Corrections Client Grievance Form: **See Records of Federal Medical Center Devens**

3. What was the decision upon your grievance at Step I? **No reply, or , see records**

C. If your answers to A and B are yes, did you appeal the Step I decision? Yes ☐ No ☒

   1. If your answer above was yes, what was the Step II decision? **See records of Federal Medical Center Devens**

      Did you appeal to Step III? Yes ☐ No ☒

      If your answer above was yes, what was the decision at Step III? _____

D. Does your complaint concern a misconduct charge filed against you? Yes ☐ No ☐

   1. Did you have an administrative hearing on the misconduct charge? Yes ☐ No ☒

      If yes, what was the hearing officer's decision? **See records at Federal Medical Center Devens**

   2. Did you request an administrative rehearing? Yes ☐ No ☒

      If you did request an administrative rehearing, what was the decision rendered upon rehearing? _____

   3. After rehearing, did you appeal the decision in one of the circuit courts for the State of Michigan? Yes ☐ No ☒

      a. If yes, what was the decision of the circuit court? _____

      b. Did you appeal the decision of the circuit court? Yes ☐ No ☒

      If yes, state the decisions of the Michigan Court of Appeals and Michigan Supreme Court: _____

E. If your claim concerns confinement within a facility not operated by the Michigan Department of Corrections, please state in detail the steps you have taken to exhaust your available state remedies prior to filing this lawsuit:
   **Filed cop outs , Petition, Motions Complaints, there was a Hearing in Boston Federal Court**

F. If you have taken any other steps to exhaust your state remedies, please describe in detail what steps you have taken:
   **See records at Federal Medical Center Devens , Mass.**

IV. **Parties**

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff __Joseph Marion Head Junior, #17549-056__

   Address __Federal Medical Center Devens, Mass.__

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. State whether your are suing each defendant in an official or personal capacity.

B. Defendant ~~See records, as liable hereto~~ is employed as _____

   at _____

C. Additional Defendants __See records, as liable hereto__

   _____
   _____
   _____
   _____
   _____

V. **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

__Employees as Federal Medical Center Devens, Mass. failed to provide plaintiff habeas corpus forms and legal assistance when plaintiff told them that he was kidnaped, further did not let plaintiff use law library nor receive mail from a brother in VA. further they had petitioner filed to committ and medicate plaintiff by force. For a while they would not allow plaintiff to have paper etve, nor pencil nor postage stamps, and did not provide the food, clothing and medicial care required by federal law, U.S. constitution and__

- 4 -

human rights and still don't to plaintiff, at one month plaintiff received only one little peace of soap in 30 days, 4 months with no clean socks, 3 months no clean twall, this happen 2 times it has been 5 months now from last time given a wash cloth. plaintiff not allowed his personal property, but two weeks ago sold items from canteen.

VI. Relief

State briefly and precisely what you want the court to do for you.

In part apply this as hebeas corpus and order court release of plaintiff and all nouns females they have locked up relating to plaintiff. as civ. relief, apply Fed. R. 57 civ. Proc. to all prior records relating to plaintiff, further order the maximum relief and release authorized, required, entitled by laws Order Plaintiff Paid At Least One Billion Dollars Tax Free

5-5-04
Date

Joseph Marion Head Junior
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprized of an address change may be considered cause for dismissal.