[TABLE 3 (Cont'd)
HIGH CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS | |
|---|---|---|---|
| 200 | Escape from unescorted Community Programs and activities and Open Institutions (minimum) and from outside secure institutions--<u>without</u> violence. | A. | Recommend parole date rescission or retardation. |
| 201 | Fighting with another person | B. | Forfeit earned statutory good time or non-vested good conduct time up to 50% or up to 60 days, whichever is less, and/or terminate or disallow extra good time (an extra good time or good conduct time sanction may not be suspended) |
| 202 | (Note to be used) | | |
| (203) | Threatening <u>another</u> with bodily harm or any other <u>offense</u> | | |
| 204 | Extortion, blackmail, protection: Demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat of informing | | |
| 205 | Engaging in sexual acts | B.1 | Disallow ordinarily between 25 and 50% (14-27 days) of good conduct time credit available for year (a good conduct time sanction may not be suspended). |
| (206) | Making sexual proposals or threats to <u>another</u> | | |
| 207 | Wearing a disguise or a mask | | |
| 208 | Possession of any unauthorized locking device, or lock pick, or tampering with or blocking any lock device (includes keys), or destroying, altering, interfering with, improperly using, or damaging any security device, mechanism, or procedure | C. | Disciplinary Transfer (recommend). |
| | | D. | Disciplinary segregation (up to 30 days). |
| | | E. | Make monetary restitution. |
| 209 | Adulteration of any food or drink | F. | Withhold statutory good time] |
| 210 | (Not to be used) | | |
| 211 | Possessing any officer's or staff clothing | | |

*another — What Or Who, Statute or code Unconstitutional, Dose Not Specify What.*