UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_Joseph Marion Head Junior_          **1:04 CV0313**      04 MAY 10 PH 3:0

Plaintiff                            **AUTHORIZATION FOR WITHDRAWAL OF FUNDS**
                                     **TO PAY THE CIVIL ACTION FILING FEE** and
    v.   _as Stated by Court_        **AFFIDAVIT OF INDIGENCE IN SUPPORT OF**
                                     **REQUEST TO PROCEED** *IN FORMA PAUPERIS*

Defendant(s)                         Richard Alan Enslen   **Ellen S. Carmody**
                                     U.S. District Judge   **U.S. Magistrate Judge**

I, _Joseph Marion Head Junior_, am the plaintiff in the above entitled case, and I believe I am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore. I acknowledge that **I am liable for payment of the $150.00 civil action filing fee**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $150.00 for this action. Further, I declare that the responses which I have made below are true.

1. Are you presently employed?   Yes ☐ No ☒

    a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

    _____

    b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

    _See Prison records, have been locked up about 30 years_

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession, or form of self-employment?                    Yes ☐ No ☐
    b. Rent payments, interest, or dividends?                               Yes ☐ No ☐
    c. Pensions, annuities, or life insurance payments?   (See Prison records   Yes ☐ No ☐
    d. Gifts or inheritances?                             as to each question)   Yes ☐ No ☐
    e. Any other sources?                                                  Yes ☐ No ☐

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    _____

3. Do you own any cash or do you have money in a checking or savings account?          Yes ☐ No ☐
   (Include any funds in prison accounts)

    If your answer is yes, state the total value owned.   See Prison records and court records
                                                          etc. nouns
    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? **See Prison and court records and ect. nouns** Yes ☐ No ☐

If the answer is yes, describe the property and state its approximate value. _____

_____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

_____**See Prison and court records**_____

_____

_____

_____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

5-5-04
_____
**Date**

*Joseph Marion Head Junior*
_____
**Signature of Plaintiff**

---

## CERTIFICATE

I certify that the plaintiff herein has had deposits of _____ and withdrawals of _____ from

his prison account over the last six-month period. The present balance in the plaintiff's prison account is

_____ . I further certify that plaintiff has the following securities to his credit according to the records of this

institution: _____ .

_____          _____          _____
**Authorized Financial Officer**              **Name of Institution**                      **Date**

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.

- 2 -