United States District Court
For The <u>Southern</u> District of <u>Michigan</u>
<u>Grand Rapids</u> Division

Reference To:
United States of America
vs
[Joseph Marion Head Junior]    Case Number 1:04 CV0313
Defendant                                    Richard Alan Enslen
And All Matters, Etc.                        U.S. District Judge
Relating Thereto
                                             Ellen S. Carmody
                                             U.S. Magistrate Judge

Motion For Judicial Protection Against, Acts, Persons, Places And Things, That, Violated, Violates, Violating, Will or May Violate, The Fundamental or other Rights or Priviledges or Human Rights of Movant.

To The Honorable Presiding And or Resident Judge For The United States District Court For The <u>Southern</u> District of Michigan, <u>Grd Rapids</u> Division.

Attention, United States Attorney General,

Attention, Defendants Defense Attorney, Related In The Court Records Of The Above Entitled Case.

Attention, Warden Of <u>Fed. Med. Center Devens, Mass,</u>
<u>Address, Post office Box 880, Ayers, Mass. 01432</u>

### Defendant

Defendant is presently housed in the Federal Medical Center Devens, Mass., Post office Box 880, Ayers, Mass. 01432

---

Now comes Joseph Marion Head Junior, Prison Number 17549-056, who is the defendant in the above entitled cause and movant herein, who himself, pro se, respectfully moves the court for Judicial Protection Against, Acts, Persons, Places And Things, That, Violated, Violates, violating, Will Or May, Violate, The Fundamental And Or Other Rights Or Priviledges Or Human Rights, Of Movant Herein.

Questions Presented By Movant Pro Se With Or With Professional Legal Assistance Or With Or Without Assistence By A Person Professionally Train In Law, Or Etc., As Applies Hereto.

### Question, (1)

Did The Acts, Etc., Related Herein Constitute A Violation of Movants Rights Or Priviledges? If so, Which Rights And Which Priviledge and How, When, Where, Why, By Who Or What? What, criminal, civil, Tort, Domestic, relief is authorized, required, entitled and demanded by the laws or constitution of the United States of America or the States thereof? From Whoods

State What Happen, Etc. As Brief As Possiable.
Use As Many Additional Sheets of Paper As Needed.

## FACTS

See, Read, Etc. All Criminal And Civil Records Relating To Movant Herein And All Records, Etc. Relating Thereto, To Include All Medical and All Phy. Records, Persons, Places And Things Relating Thereto.

# 4

## Question (2)

Is Movants Rights Or Priviledges Or Human Rights, Being Violated By The Acts, Etc. Of Persons, Places, Things, As Related Herein Below?
If so, Which Is Being Violated And How, When, Where, Why, By Who Or What And What Criminal, Civil, Tort Or Domestic Relief Is Legally Authorized, Required, Entitled, Demanded, By The Laws, Constitution, Human Rights, Of The United States of America And Or The States Thereof And Or Of Movants Thereby And Relating Thereto.
Tell what happen as briefly as possible,
Use As Many Additional Sheets of Paper As Needed.

## FACTS

See, Read, Etc., All criminal and civil Records Relating To Movant Herein And All Persons, Places, and Things Relating Thereto. To Include All Institutional And Medica And Phy. Records, Persons, Places and Things. Futher All Army and V.A. Records Relating To Movant and All Social Security Records Relating To Movant.

Question (3)

Dose The Acts, Etc. Related Herein Below, Constitute A Violation of Movants Rights Or Priviledges Or Human Rights? If So, Which And How, When, Where, Why, By Who Or What? Father What, Criminal, Civil, Tort, Demestic, Relief, Is, Authorized, Required, Entitled, Demanded, By The Laws, Constitution, Human Rights, Of The United States of America And Or By The States Thereof, Because of Said Violations, By Who Or What As Determind And Adjudged By The Court, Relating Hereto Or Caused To Be Adjudged And Ordered, By The Court Relating Hereto.

State Below What Happen As Briefly As Possiable. Use As Many Additional Sheets Of Paper As Needed.

FACTS

See Read all criminal and civil Records relating to movant and all records, persons, places and things, relating thereto and to movant. To include all institutional records, persons, places and things and all medical and phy. records, persons, places and things relating to movant.

96

Question (4)

Will Or May Movants Rights Or Priviledges Or Human Rights Be Violated By The Acts, Etc. Related Herein? If So, Which, How, When, Where, Why, By Who Or What? What Criminal, Civil, Tort, Demestic, Relief, Is Authorized, Required, Entitled, Demanded, By The Laws, Constitution, Of The United States And Or The States Thereof, And Relating Thereto, And Movants Rights, Priviledges, And Human Rights, Thereof And Relating Thereto? From Who Or What, How, When, Where, Why, How Much, Etc..

State Below As Briefly As Possiable What Happened, Etc., And What Will Or May Happen Etc.. Use As Many Additional Sheets of Paper As Needed.

FACTS

See, Read, Etc. All Criminal, civil, Tort, Demistic, record, persons, places and Things, relating to movant herein, and all relating thereto the aforsaid. Futher, see, read, etc. all institution, medical and phy., records, persons, places and things, relating to movant and to the aforsaid

Wherefore, Movant respectfully moves the court to;

1- Allow This Motion To Be Filed, Etc., In Forma Pauperis, Based On The Infromation Herewith And A Copy Of Movants Prison Trust Funds For The Past Six Months.

2- Appoint Counsel To Represent, Etc., Movant In This Matter and for any appeals, Etc., Authorized, Entitled, Etc., By Laws, Constitution, Rights, Priviledges, Human Rights, Of Movant, Etc. Persons, Places Or Things.

3- That if this motion or any relief is denied relating hereto the court Grant and order an Appeal, Without Futher Notice of Appeal Required To Be Filed By Movant. And Appoint Counsel For Said Appeal Based On The Court Records And The Indigence of Movant Related Therein And As Known To The Court Thereby And Relating Thereto. Futher Appoint Counsel To Represent Movant In all Other Judicial And Other Remidies, To Enclude To The Inter American Commission On Human Rights, And To The United Nation Commission On Human Rights And To All Other Human Rights commissions And Courts, And To Each World Court To Enclude The One In Hag, Nethern's, And To The Courts Of Last Resort, Until There Is No Remidy To Pursue.

(8)

4- The Court Grant This Motion And Order And Or Cause To Be Ordered, All Criminal, Civil, Tort, Domestic, Relief, Authorized, Required, Entitled, Demanded, By The Laws, Constitution And Human Rights Of The United States Of America And The States Thereof And Movants, Rights And Priviledges And Human Rights, Thereby And Relating Thereto.

Respectfully Presented On This The 3 day of May, 2004.

Signed, Joseph Marion Head Junior, Prison Number, 17549-05
Print Name Also, Joseph Marion Head Junior
Address, N-4 Cell 423, Federal Medical Center Devens, Mass., Post Office Box 879, Ayers, Mass. 01432

---

## Certication of Service

I, Joseph Marion Head Junior, Prison Number _____, states that, I am the Movant, in the forgoing Motion For Judicial Protection And Relief, And Release, that on the ____ day of May, 2004, I sent the Original and three copies of the aforsaid Motion To The Court Stated In The Motion Aforsaid, By Placing Same In A Properly Addressed Envelope, as related herein, Gordon J. Quist, U.S.D.Ct.J., U.S.D.Ct, 399 Federal Building, 110 Michigan N.W., Grand Rapids, Michigan 49503-2363
With Sufficent Postage Thereon (Number Of Stamps, Type of Stamps, United States Postage Stamp, $ ____,

That I personally placed same aforsaid into the United States Mail Box at the aforsaid location where I am housed.

That the aforsaid is true and correct.

Signed, Joseph Marion Hens Junior Prison Number 17549-056. On this the ___ day of May, 00 4

Sworn And Subscribed To Before Me Notary Republic, _____
On this the ___ day of _____, ___00___
My commission Exp. On the ___ day of _____, ___00___.