

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

May 18, 2004

U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way-Suite 2300
Boston, MA 02210

RE:   Joseph Marion Head v. Unknown Parties, et al.
      Our Case No. 1:04-cv-313  Hon. Richard Alan Enslen

Dear Court Personnel:

**04-40090RGS**

Pursuant to the enclosed Order of Transfer to the District of Massachusetts filed May 17, 2004, we are herewith sending the following:

1. Certified copy of Order of Transfer;

2. Certified copy of our docket sheet; and

3. The following documents that are not available electronically:

   None

The remaining documents that make up the case file are available electronically. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov to obtain the information necessary to retrieve the electronic documents.

**Please acknowledge receipt** of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ Gerald H. Liefer

By: Deputy Clerk

Enclosures

cc:   All counsel
      File