# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40090

Joseph Marion Head

v.

United States of America, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/12/05

*[signature]*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:04-cv-40090-RGS

Head v. Unknown Parties et al
Assigned to: Judge Richard G. Stearns
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/21/2004
Jury Demand: None
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Joseph Marion Head, Jr.**   represented by   **Joseph Marion Head, Jr.**
17549-056
FMC, Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Defendant**

**Unknown Parties**
*named as Each Governmental Employee liable relating hereto.*

**Defendant**

**Warden David L. Winn**
*Warden of Fed. Medical Center, Devens*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/21/2004 | 7 | Case transferred in from District of Michigan; Case Number 04-313. Original file with documents numbered 1-6, certified copy of transfer order and docket sheet received. (Attachments: # 1 Complaint# 2 Attachment to the complaint# 3 Authoriziation for withdrawal of funds# 4 attachment to authorization for withdrawal of funds# 5 Motion for order for judicial protection# 6 Transfer letter) (Jones, Sherry) (Entered: 05/27/2004) |
| 11/09/2004 | 8 | Judge Richard G. Stearns : ORDER DISMISSING CASE, ENTERED.(Flaherty, Elaine) (Entered: 11/10/2004) |
| 11/18/2004 | 9 | NOTICE OF APPEAL as to 8 Order Dismissing Case by Joseph Marion Head Jr.. $ 0., receipt number n/a Reason fee is not required: IFP filed NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2004. (Morse, Barbara) (Entered: 12/02/2004) |
| 11/18/2004 | 10 | MOTION for Leave to Appeal in forma pauperis by Joseph Marion Head Jr..(Morse, Barbara) (Entered: 12/02/2004) |
| 11/30/2004 | 11 | Judge Richard G. Stearns : ORDER entered denying 10 Motion for Leave to Appeal in forma pauperis for failure to submit a certified prison account statement. IT IS FURTHER ORDERED, the clerk shall enter a copy of this Memorandum and Order on the dockets for Civil Action Numbers 04-40089-RGS; 04-40090-RGS; 04-40103-RGS; 04-10522-RGS; 04-11120-RGS; 04-40042-RGS; and 04-40084-RGS. IT IS FURTHER ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall |

| | | |
|---|---|---|
| | | return to Joseph Marion Head the documents submitted for filing On November 17th and 22th. IT IS FURTHER ORDERED that the clerk shall enter the Notice of Appeal and accompanying Application to Proceed Without Prepayment of Fees on the dockets for Civil Action Numbers 04-40089-RGS; 04-40090-RGS; and 04-40103-RGS. (Morse, Barbara) (Entered: 12/02/2004) |