

# United States Court of Appeals
## For the First Circuit

No. 05-1049
DC No.  04-cv-40090

JOSEPH MARION HEAD, JR.,
Plaintiff - Appellant,

v.

DAVID L. WINN, Warden, Federal Medical Center, Devens; UNKNOWN
PARTIES, named as Each Governmental Employee Liable
Relating Hereto,
Defendants - Appellees.

ORDER OF COURT
Entered:   February 17, 2005

        The appellant listed above is a prisoner seeking to appeal in
forma pauperis and has applied to proceed without prepayment of the
$255 filing fee under the Prison Litigation Reform Act (PLRA), 28
U.S.C. § 1915(a)(2).  Appellant has completed and filed a consent
form permitting appropriate prison officials to calculate and
collect in installments the $255 filing fee from appellant's prison
trust account in accordance with the terms of 28 U.S.C. §1915(b)(1)
and (2).

        1. Pursuant to the consent form signed by the appellant, the
custodian of this appellant's inmate trust account is directed to
**calculate, collect and forward to the Clerk of the United States
District Court for the District of Massachusetts**, as payment for
the  initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of
the greater of:
                (a) the average monthly deposits to the inmate trust
                    account; or
                (b) the  average  monthly balance in the inmate trust
account, for the 6 months immediately preceding the filing of the
notice of appeal on November 18, 2004.  That sum should be deducted
from appellant's prison account until the initial partial filing
fee is paid.

2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

For the court, by direction,

Richard Cushing Donovan, Clerk

**JULIE GREGG**

By:_____
         Operations Manager

[Certified copy to William Ruane, Acting Clerk of the USDC of MA, and John D. Colautti, Unit Manager, FMC Devens, cc: Messrs. Head, Sullivan]

CERTIFIED COPY

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By_____ Date: 2/17/05

OFFICE OF THE CLERK
U.ITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RE: 05-1049  Head v. Winn (District Court #04-40090)

To Be Filed By: 2/4/05

## PRISONER TRUST ACCOUNT REPORT

Name _Joseph Marion Head Junior_ NUMBER: _17549-056_

**********************************************************

TO:     Trust Officer
FROM:   Clerk, U.S. Court of Appeals for the First Circuit

     Under the Prisoner Litigation Reform Act, a prisoner appealing
a civil judgment must obtain from the trust officer of each
institution in which the prisoner was confined during the preceding
six months a **certified copy** of the prisoner's trust account
statement for the six months prior to filing of the appeal.

     Please complete this form, attach the supporting ledger
sheets, and return these documents to the prisoner for mailing to
the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:              11/18/04

BALANCE at time of filing notice of appeal:     $.02

AVERAGE MONTHLY DEPOSITS during the six
months prior to filing of the notice of
          appeal:                              $243. 88/100

AVERAGE MONTHLY BALANCE during the six
months prior to filing of the notice of
appeal:                                        $6. 31/100

I certify that the above information accurately states the deposits
and balances in applicant's trust account for the period shown. The
attached ledger sheets for the six-month period prior to 11/18/04
are true copies of account records maintained in the ordinary course
of business.

DATE: _1/27/2005_

AUTHORIZED SIGNATURE: _John D Colautti_

NAME AND TITLE: _John D. Colautti, Unit Manager_
      ADDRESS: _42 Patton Road_
               _P.O. Box 880_
               _Ayer, MA 01432_

Form 1

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 05-1049  Head v. Winn (District Court #04-40090)

To Be Filed By: 2/4/05


**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:**
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT


*********************************************************************

     I, *Joseph Marion Head Junior*, #*17549-056*, hereby
give my consent that upon entry of a court order approving my
application to proceed without prepayment of fees and setting the
amount of the initial partial appellate filing fee, the appropriate
prison officials shall collect from my prison account and pay to
the appropriate district court an initial payment of twenty percent
of the <u>greater</u> of:

    (a)   the average monthly deposits to my account for the
          six-month period immediately preceding the filing of
          my notice of appeal; or

    (b)   the average monthly balance in my account for the
          six-month period immediately preceding the filing
          of my notice period.

    In satisfaction of the balance of the filing fee, I consent
for the appropriate prison officials to collect from my account, on
a monthly basis, an amount equal to twenty percent of the income
credited to my account for the preceding month if the balance in the
account for that month exceeds $10. The appropriate officer shall
forward the interim payment to the Clerk's Office,
        U.S. District Court of MA
        1 Courthouse Way
        Boston, MA  02210
until such time as the filing fee* is paid in full.

Executed on the <u>26</u> day of <u>Jan</u>, <u>05</u>.

                             *Joseph Marion Head Junior*
                             SIGNATURE OF APPELLANT

                *Joseph Marion Head Junior*
                        PRINT NAME


Form 2

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 05-1049  Head v. Winn (District Court #04-40090)

To Be Filed By: 2/4/05

2005 FEB -3  A 11: 23

## MOTION TO PROCEED IN FORMA PAUPERIS

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

I, *Joseph Marion Head Junior*, am
the *Appellant* in the above entitled case.  In support
of my motion to proceed on appeal without being required to prepay
fees, I state that because of my poverty I am unable to prepay the
costs of said proceeding or to give security therefor, that I
believe I am entitled to redress, and that the issues that I desire
to present on appeal are the following:

(1) *Was My Rights Etc. Violated As Asserted Within The Prison
and Court Records In The Past 31 years?*

(2) *Is The Lower Courts Orders Etc. Incorrect or Violative of Law
Or My Rights Etc.? (3) What Relief Is And Was Entitled And
not Entitled and Why?*

I make this application with the understanding that I am
liable under 28 U.S.C. Sec. 1915 for the full payment of all fees,
costs, and sanctions imposed on this appeal; that such charges will
be collected and paid from my prison trust account; and that any
unpaid fees, costs, or sanctions will constitute a debt not
dischargeable in bankruptcy.

I further swear that the responses that I have made on the
attached financial affidavit relating to my ability to prepay the
cost of prosecuting the appeal are true.

1-26-05
DATE

*Joseph Marion Head Junior*
SIGNATURE OF APPLICANT

Joseph Marion Head Junior
PRINT NAME

Form 3

DOCKETED

# Inmate Inquiry

`🖶 PRINT`

| | | | |
|---|---|---|---|
| Inmate Reg #: | 17549056 | Current Institution: | Devens FMC |
| Inmate Name: | HEAD, JOSEPH | Housing Unit: | N SOMP |
| Report Date: | 01/27/2005 | Living Quarters: | N02-219U |
| Report Time: | 8:11:27 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 1/24/2005 5:51:13 PM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.02 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

http://140.1.9.16/InmateInquiryCombined.aspx

1/27/2005

| | |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.02 |
| National 6 Months Deposits: | $243.88 |
| National 6 Months Withdrawals: | $243.94 |
| National 6 Months Avg Daily Balance: | $6.31 |
| Local Max. Balance - Prev. 30 Days: | $14.70 |
| Average Balance - Prev. 30 Days: | $3.69 |

# Commissary History

## Purchases

| | |
|---|---|
| Validation Period Purchases: | $19.67 |
| YTD Purchases: | $193.57 |
| Last Sales Date: | 1/24/2005 5:51:13 PM |

## SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

## Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $2.65 |
| Remaining Spending Limit: | $287.35 |

# Commissary Restrictions

## Spending Limit Restrictions

1/27/2005

Restricted Spending Limit:  $0.00

Restricted Expended Amount:  $0.00

Restricted Remaining Spending Limit:  $0.00

Restriction Start Date:  N/A

Restriction End Date:  N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

Comments:

1/27/2005

### FINANCIAL AFFIDAVIT
### In Support of a Motion to Proceed In Forma Pauperis

Case Name: Head v. Winn
Docket Number: 05-1049 (District Court #04-40090)

Are you now employed?  __ Yes  ✓ No  __ Self Employed

Name & Address of Employer:_____

IF YES, how much do
you earn per month? $_____

IF NO, give month & year of
last employment_____
How much did you earn per
month? $_____

*Divorced over 30 years, Have not seen
them in over 30 years.*

If married, is your spouse employed?  __ Yes  __ No
IF YES, how much does your spouse
earn per month $_____

If a minor under age 21, what
is your parents' or
guardian's approximate
monthly income? $_____

Have you received in the last 12 months any income from a business,
profession, or other form of self-employment, or in the form of rent
payments, interest, dividend, retirement or annuity payments, or other
sources?  ✓ Yes  __ No
IF YES, give the amount          Received:    Sources:
received and indentify sources:  _____    _____
*See trust fund statement herewith.* _____    _____
                                                 _____

Have you any cash on hand or money in savings or checking account?
✓ Yes  __ No  If YES, state total amount $0.02

Do you own any real estate, stocks, bonds, notes, automobiles, or
other valuable property (excluding ordinary household furnishings and
clothing) ?  __ Yes  __ No
If YES, give value and describe:  Value:       Description:
                                  _____    _____
                                  _____    _____
                                  _____    _____

Marital status:   Number of Dependents:   List persons you actually
__ Single                                 support & your relationship
__ Married        _____            _____
__ Widowed                                _____
✓ Separated or Divorced                   _____

Debts & Monthly Bills: (list all cdreditors, including banks, loan
companies, charge accounts, etc.)

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Apt. or Home: *NONE* | $_____ | $_____ |
| *I am a fed. prisoner.* | $_____ | $_____ |
| | $_____ | $_____ |
| | $_____ | $_____ |

### I certify the above to be correct.

Signature of movant: *Joseph Marion Head Junior*  Date: 1-26-05
[Prisoners must attach a Certified Statement of Institutional Trust
Account.]

Form 4